IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY L. PATTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:12-mc-00009 |
| CORRECT CARE SOLUTIONS, *et al.*, | ) ) Judge Campbell |
| Defendants. | ) ) |

### ORDER

Plaintiff Jerry L. Patton, a state prisoner presently detained at the Northwest Correctional Complex in Tiptonville, Lake County, Tennessee, seeks to file in this court a *pro se* complaint asserting claims under 42 U.S.C. § 1983 (ECF No. 1), based on the conditions of his confinement at the Davidson County Criminal Justice Center  The plaintiff, however, has failed either to submit the requisite $350.00 filing fee or an application to proceed *in forma pauperis*, that is without prepaying fees or costs.  The complaint may not be filed as a civil action or considered unless it is accompanied by the appropriate fee, 28 U.S.C. § 1914(a), or an application to proceed *in forma pauperis*, 28 U.S.C. § 1915(a)(1).  The latter, to be considered, must be signed and notarized by an appropriate prison official, as set forth in Administrative Order 93, and accompanied by a certified copy of the plaintiff's trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint, obtained from the appropriate official at each prison in which the plaintiff has been confined during that 6-month period.  28 U.S.C. § 1915(a)(2).

The Clerk is **DIRECTED** to send the petitioner a blank application to proceed without prepayment of fees and a copy of Administrative Order No. 93.

The plaintiff, in turn, is **DIRECTED** to do one of the following within **thirty (30) days** of the date this order is entered on the docket:

(1) pay the $350.00 filing fee; or

(2) complete the application to proceed *in forma pauperis* in accordance with Administrative Order No. 93 and 28 U.S.C. § 1915(a)(1) and (2), and return the properly completed application to the district court.

The plaintiff is forewarned that if he does not comply with this order within the time frame specified, the court will dismiss the action for failure to prosecute and for failure to comply with the court's order. An extension of time to comply with this order may be requested from this court if a motion for an extension of time is filed within thirty (30) days of the date of entry of this order.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge